UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LOTT,<br><br>        Petitioner,<br><br>v.<br><br>CRAIGE KOENIG,<br><br>        Respondent. | Case No. 21-cv-08128-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal; Denying Certificate of Appealability, the petition for a writ of habeas corpus is DISMISSED, and a certificate of appealability is DENIED.  The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  2/11/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge